**\*\*E-filed 2/3/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MARIE GUTIERREZ,<br><br>    Plaintiff,<br>v.<br><br>THE COMMISSIONER OF THE SSA,<br><br>    Defendant.<br>_____/ | No. C 09-4102 RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the scheduling order herein, defendant was required to serve and file an answer, together with a certified copy of the transcript of administrative record, within 90 days of receipt of service of the summons and complaint. If an answer and a certified copy of the transcript of administrative record is not on file and served prior to February 24, 2011, defendant shall appear on that date at 1:30 p.m. in Courtroom 3, Seventeenth Floor, of the Court located at 450 Golden Gate Avenue, San Francisco, and show cause why it has not been done.

IT IS SO ORDERED.

Dated: 2/3/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE