**\*\*E-filed 3/22/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE MARIE GUTIERREZ | No. C 09-4102 RS |
| Plaintiff, | |
| v. | **ORDER OF REMAND** |
| THE COMMISSIONER OF THE SSA, | |
| Defendant. | |

Defendant Michael J. Astrue, the Commissioner of the Social Security, moves for an order remanding this action pursuant to sentence six of 42 U.S.C. § 405(g) on the basis that the claims file and the recording of the administrative hearing cannot be located. The time for opposition having passed with none having been filed, and good cause appearing, the motion is granted. The hearing noticed for April 7, 2011 is vacated. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 3/22/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE