UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DINA MARIE GUTIERREZ, | CASE NO. 3:09-cv-4102 RS |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation filed June 3, 2013, the Court reopens this case and enters an order and entry of judgment dismissing this civil action.

Dated: 6/3/13 ~~, 2013~~

*/s/ Richard Seeborg*

UNITED STATES ~~MAGISTRAT~~E JUDGE
DISTRICT