UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DINA MARIE GUTIERREZ, | ) |
| Plaintiff, | ) CASE NO. 3:09-cv-4102 RS |
| v. | ) ~~PROPOSED~~ ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulation filed June 3, 2013, the Court reopens this case and enters an order and entry of judgment dismissing this civil action.

Dated: 6/3/13 ~~, 2013~~

*[signature]*

UNITED STATES ~~MAGISTRAT~~E JUDGE
        DISTRICT